UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. SANGO,

       Plaintiff,

                                                                CASE NO. 1:14-CV-344

v.

                                                                HON. ROBERT J. JONKER

UNKNOWN MINIARD, et al.,

       Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 19, 2016 (ECF No. 66). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 66) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for injunctive relief pending appeal (ECF No. 61) is **DENIED**.

**IT IS SO ORDERED**.

Date:   January 12, 2017                         /s/ Robert J. Jonker
                                                              ROBERT J. JONKER
                                                              CHIEF UNITED STATES DISTRICT JUDGE